FILED IN
COURT OF CRIMINAL APPEALS

March 18, 2015

ABEL ACOSTA, CLERK

**PD-0289-15**

PD-0289-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/16/2015 2:36:49 PM
Accepted 3/18/2015 3:34:12 PM
ABEL ACOSTA
CLERK

No. _____

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

---

JESSE TIRADO LOPEZ, PETITIONER

V.

THE STATE OF TEXAS, RESPONDENT

---

IN THE COURT OF APPEALS
FOR THE THIRTEENTH DISTRICT OF TEXAS
NO. 13-13-00080-CR

**MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW**

To the Honorable Judges of Said Court:

Now comes JESSE TIRADO LOPEZ, Petitioner, by and through his attorney of record in the above entitled and numbered cause, and files this his first motion for an extension of time in which to file a Petition for Discretionary Review, and would show the following, to wit:

I.

The case is was filed in Cause No. 12-01541-CRF-85 in the 85th Judicial District Court, Brazos County, Texas and styled The State of Texas v. JESSE TIRADO LOPEZ.

The Petitioner was convicted of the offense of with *Assault Family/Household Member with a Previous Conviction*. The 3rd Degree felony was enhanced to Habitual Offender status since the Appellant had twice before been convicted of

Felony *Driving While Intoxicated*. Appellant desires this Court's discretionary review from the judgment and sentence which was pronounced on December 5, 2012. The punishment assessed was 32 years imprisonment.

The case was reviewed by the Court of Appeals for the Thirteenth District of Texas in Case No. 13-13-00080-CR, styled *JESSE TIRADO LOPEZ, Appellant v. The State of Texas, Appellee* which affirmed the judgment of the Trial Court.

The date of the Court of Appeal's judgment was February 12, 2015.

No Motion for Rehearing was filed.

The deadline for filing Petition for Discretionary Review was (is) March 16, 2015 (today, since March 14, 2015 fell on a Saturday).

## II.

The length of time requested for the extension is up to and including April 15, 2015. This is Petitioner's first request for an extension of time to file his Petition for Discretionary Review.

## III.

Petitioner is requesting this extension of time to file a petition for discretionary review for the following reasons:

1. The undersigned tried a four day jury trial in the 85th District Court beginning on March 10, 2015 and ending on March 13, 2015. Additionally, the undersigned appeared at approximately 40 other hearings between February 12, 2015 and today's date. Admittedly, many were brief (such as arraignments), but several were contested Bench Trials, and one was a hearing on a Motion for Summary Judgment. The undersigned also participated in two mediations during that period of time. Finally, the undersigned is not even supposed to be in the office this week since it is Spring Break, he has minor children and had duly filed vacation letters with the various courts in which he

routinely practices.

2.  Consequently, Counsel was unable to prepare a Petition for Discretionary Review in a timely manner before today, the due date.

3.  Petitioner wishes to file a Petition for Discretionary Review.

4.  A Petition for Discretionary will present meritorious arguments for review. This case appears to be a matter of first impression and involves construction of the *Texas Fair Defense Act* and whether an attorney twice rejected as unqualified by the three Brazos County District Judges to accept felony appointments could continue to represent the Defendant after an initial appointment which the attorney was qualified to received when the Defendant was originally charged with the Class A misdemeanor of Assault – Family Violence.

5.  No previous extensions have been sought or granted.

Respectfully submitted,

Richard W.B. "Rick" Davis, P.C.

By: Rick Davis
State Bar No. 05539100
504 E. 27th Street.
Bryan, Texas 77803
(979) 779-4357
(888) 435-4080 – facsimile
rdavis@attorneyrickdavis.com
Attorney for Appellant Jesse Tirado Lopez

## CERTIFICATE OF SERVICE

I, Rick Davis, counsel for Appellant, do hereby certify that a true and correct copy of the foregoing document was hand delivered to counsel for the State, Doug Howell and Jessica Escue, Assistant District Attorneys, Brazos County, Texas at 300 E. 26th Street, Suite 310, Bryan, Texas, 77803, on this the 16th day of March, 2015.

Rick Davis

State Bar No. 05539100

THE STATE OF TEXAS        §

COUNTY OF BRAZOS       §

## AFFIDAVIT OF RICK DAVIS

BEFORE ME, the undersigned authority on this date, personally appeared RICK DAVIS, who upon his oath being duly sworn, deposes and states as follows:

I am the Attorney for the Petitioner, and I have personal knowledge of the items contained in the foregoing Motion for Extension of Time to file Petition for Discretionary Review for Jesse Tirado Lopez, and I swear that all of the allegations contained therein are true and correct to the best of my knowledge.

_____
Rick Davis
Attorney for Petitioner


SUBSCRIBED AND SWORN TO BEFORE ME on this the ___16___ day of ___March___, 2015.

VERONICA VALENCIA
Notary Public, State of Texas
My Commission Expires
September 15, 2015

_____
Notary Public in and for
the State of Texas
My Commission Expires: __9/15/15__